UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 15-2252-CBM (MANx) | Date | January 12, 2016 |
|---|---|---|---|
| Title | VINCENT K. TYLOR V. SKYLINE TECHNOLOGIES INC ET AL | | |

| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |
|---|---|

| CHARLES A. ROJAS | SHAYNA MONTGOMERY |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sascha Meisel<br>Adam I. Gafni | Boschal K. Lee, Pro Se |

**Proceedings:** **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT [34]**

The case is called and counsel state their appearances. The Court, counsel for Plaintiff and Defendant confer.

The Court **DENIES** defendant's Motion to Dismiss as to the First Cause of Action. The Court **GRANTS** the Motion to Dismiss as to the Second Cause of Action without prejudice.

Plaintiff shall file an amended complaint on or before **January 22, 2016** and provide the Court with a redline copy of the amended complaint reflecting any changes or amendments.

**IT IS SO ORDERED**.

|  | : | 13 |
|---|---|---|
| Initials of Preparer | CR | |