ADAM I. GAFNI, Cal. Bar No. 230045
LAW OFFICES OF ADAM I. GAFNI
2811 Wilshire Blvd., Suite 780
Santa Monica, CA 90403
Tel: (424) 744-8344
Fax: (424) 488-1344
E-mail: adam@gafnilaw.com
Attorneys for Plaintiff, VINCENT K. TYLOR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT K. TYLOR,<br><br>     Plaintiff,<br><br>vs.<br><br>SKYLINEAPPS.COM, INC. AKA SKYLINE APPS; BOSCHAL K. LEE AKA BOZ LEE DOING BUSINESS AS SKYLINE APPS AND SKYLINEAPPS.COM, INC.; AND DOES 1 THROUGH 10<br><br>     Defendants. | Case No.: 2:15-cv-02252-CBM-MAN<br><br>Assigned to the Honorable Judge Consuelo B. Marshall<br><br>**NOTICE OF VOLUNTARY DISMISSAL *WITHOUT* PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(i)**<br><br>Complaint Filed: March 27, 2015<br>First Amended Complaint Filed: July 14, 2015 |

1
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO 41(a)(1)(A)(i)**                                  2:15-cv-02252-CBM-MAN

1  PLEASE TAKE NOTICE THAT Plaintiff Vincent K. Tylor files this notice
2  and request to voluntarily dismiss this action *without* prejudice pursuant to FRCP
3  41(a)(1)(A)(i). No party has served an answer or motion for summary judgment
4  and this matter has resolved via out of Court settlement by parties, with all parties
5  to bear their own fees and costs.

Dated: January 28, 2016              LAW OFFICES OF ADAM I. GAFNI

                                     By:  /s/ Adam I. Gafni
                                     Adam I. Gafni
                                     Attorneys for Plaintiff
                                     Vincent K. Tylor